of plaintiff-appellee to dismiss appeal is denied. Joslin, J., not participating. *Adler, Pollock & Sheehan, Incorporated, Stanley J. Kanter,* for plaintiff-appellee. *John G. Carroll, Edward E. Dillon, Jr.,* for defendant-appellant.

APPEAL No. 1769. ANDREW ACCIOLI, JR. *v.* JOSAL CONSTRUCTION COMPANY. Petition for reargument denied. Joslin J., not participating. *Anthony E. Grilli,* for appellant. *John G. Carroll, Robert K. Pirraglia,* for appellee.

C. A. No. 1879. STATE *v.* GENNARO J. TRIVISONNO. Motion to reargue denied. Kelleher, J., not participating. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, *Edward E. Dillon, Jr.,* Special Asst. Attorney General, for plaintiff. *Kelly, Kelleher & Butterfield, Charles Butterfield, Jr., John E. Fuyat,* for defendant.

C. A. No. 1931. STATE *v.* OSCAR E. TURLEY. Defendant's pro se motion to be allowed to file a supplemental brief granted. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Oscar E. Turley,* defendant, pro se.

October 24, 1973.

M. P. No. 73-200. SPORTFISHERMAN CHARTER, INC. *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for writ of certiorari granted. *Coffey, McGovern and Novogroski, John G. Coffey, Jr.,* for plaintiff-respondent. *Richard J. Israel,* Attorney General, *George H. Egan,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, for defendant-petitioner.

M. P. No. 73-224. RICHARD T. STAHL *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus denied. Motion for admission to bail denied. *Richard T. Stahl,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.